UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 09-2715-AG | Date | May 6, 2009 |
|---|---|---|---|
| Title | IN RE: C.R. LEGAL, SR. | | |

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kristee Hopkins | None Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   [IN CHAMBERS]  **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Plaintiff, to show cause in writing no later than **May 22, 2009** why this action should not be dismissed for failure to timely file the appeal.

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

                                                                                    :   0

Initials of Preparer   lmb