UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 09-2715-DMG** | Date | MARCH 18, 2010 |

| | |
|---|---|
| Title | ***In re C. R. Legal, Sr.,et al,  Debtor, (BK 09-11150-AA)*** <br> ***C. R. Legal, Sr., Appellant v.  H. P. Capital Investments, Inc., Appellee*** |

| Present: The Honorable | DOLLY M. GEE,  UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-TRANSFER OF CASE TO JUDGE GEE**

Please take notice that this action has been randomly reassigned to the  **HONORABLE DOLLY M. GEE**, United States District Judge, pursuant to the Order of the Chief Judge filed on January 15, 2010.  The magistrate judge's assignment will remain the same.

Please substitute the initials **DMG** in place of the current initials, so that the case number will now read **CV 09-2715-DMG**.  As documents are routed using the judge's initials, **it is imperative** that the correct initials **DMG** be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Yolanda Skipper.  She can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules will soon be available and can be found on the court's website at **www.cacd.uscourts.gov**.

Counsel are further notified that the Court, on its own motion, hereby orders appellant to show cause in writing on or before **April 19, 2010** why this action should not be dismissed for lack of prosecution.

This order is based upon appellant's failure to file the documents required by the Federal Rules of Bankruptcy Procedures.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |

Counsel is advised that the following documents must be filed by the date specified above to avoid dismissal.

    **X** Designation of record
    **X** Statement of issues on appeal
    **X**  Notice re reporter's transcript

**IT IS SO ORDERED.**
cc: all parties