UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-2715-DMG | Date | December 6, 2011 |
| Title | *In re C.R. Legal, Sr., Debtor (BK 09-11150; ADV No. 09-01121)* <br> *C.R. Legal, Sr., Appellant v. H.P. Capital Investments, Inc., Appellee* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On October 13, 2011, recognizing the *pro se* status of appellant C.R. Legal, Sr., this Court granted appellant's request for a 45-day extension of time within which to file his opening brief, requiring appellant to file his opening brief by no later than November 28, 2011.

Appellant, having failed to file his opening brief, is ORDERED TO SHOW CAUSE in writing by December 20, 2011, why his appeal should not be dismissed for lack of prosecution. Appellant is advised that failure to file a timely response to this order shall result in the dismissal of this appeal.

**IT IS SO ORDERED.**